IRVIN L. SIMONS (182082)
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
CHRISTOPHER CROSS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 4:15-cr-00266-HSG-3 |
| Plaintiff, | ) **STIPULATION ALLOWING MODIFICATION** |
| vs. | ) **OF TRAVEL RESTRICTIONS FOR** |
| | ) **CHRISTOPHER CROSS** |
| CHRISTOPHER CROSS, | ) |
| Defendant. | ) |

Defendant Christopher Cross hereby respectfully requests permission of this court to modify the current travel restrictions that defendant shall not travel outside Northern District, so that defendant may travel to and throughout the Eastern Districts of California as well as a driver for the companies Uber and Lyft.  Assistant United States Attorney, Garth Hire has been informed of this request and has no objections.  In addition, Pretrial Services Officer Kalisi Kuto has been informed of this request and has no objections to the request.


Dated:   December 16, 2015

　　　　　　　　　　　　　　　　　　　　　_____/s/Irvin L. Simons_____

　　　　　　　　　　　　　　　　　　　　　　　Irvin L. Simons
　　　　　　　　　　　　　　　　　　　　　Attorney for Christopher Cross

IT IS HEREBY ORDERED.

_/s/ Haywood S. Gilliam, Jr._

Honorable Haywood S. Gilliam, Jr.

STIPULATION AND ~~PROPOSED~~ ORDER ALLOWING MODIFICATION OF TRAVEL RESTRICTIONS - 1