```
IRVIN L. SIMONS (182082)
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
CHRISTOPHER CROSS
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:15-cr-00266-HSG-3 |
| Plaintiff, | **STIPULATION REQUESTING TRAVEL FOR CHRISTOPHER CROSS AND** ~~[PROPOSED]~~ **ORDER ALLOWING TRAVEL** |
| vs. | |
| CHRISTOPHER CROSS, | |
| Defendant. | |

Defendant Christopher Cross hereby respectfully requests permission of this court to travel to the Reseda, California to visit a family friend.  The defendant's proposed travel plans include he and his family staying with his family friend Adina Thammavongsa at her home, located in Reseda, California from August 5, 2016 to August 8, 2016. The address and telephone number to be provided confidential to the Pretrial Services Officer.  Assistant United States Attorney, Garth Hire has been informed of this request and has no objections.  In addition, Pretrial Services Officer Kalisi Kupu has been informed of this request and has no objections to the request.

Dated:  August 1, 2016

                                                      /s/Irvin L. Simons
                                                       Irvin L. Simons
                                         Attorney for Christopher Cross

IT IS HEREBY ORDERED.

_____
Honorable Haywood S Gilliam, Jr.
United States District Judge